NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JON BARGAINS INC.,**
*Appellant*

**v.**

**P.C. RICHARD & SON LONG ISLAND
CORPORATION,**
*Appellee*

---

2020-1013

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91223383.

---

## JUDGMENT

---

ANTHONY F. LO CICERO, Amster Rothstein & Ebenstein LLP, New York, NY, argued for appellant.  Also represented by MARION P. METELSKI, HOLLY PEKOWSKY.

CELESTE BUTERA, Hoffmann & Baron, LLP, Syosset, NY, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, BRYSON and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 7, 2020        /s/ Peter R. Marksteiner
Date                   Peter R. Marksteiner
                       Clerk of Court